**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City and Municipal Corporation; HUNTINGTON BEACH CITY COUNCIL; TONY STRICKLAND, Mayor of Huntington Beach; GRACEY VAN DER MARK, Mayor Pro Tem of Huntington Beach, | No. 23-3694 <br> D.C. No. 8:23-cv-00421-FWS-ADS |
| *Plaintiffs - Appellants*, | |
| v. | ORDER |
| GAVIN NEWSOM, individually and in his official capacity as Governor of the State of California; GUSTAVO VELASQUEZ, in his official capacity as Director of the State of California Department of Housing and Community Development; CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; DOES, 1-50, inclusive; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENT, | |
| *Defendants – Appellees.* | |

Filed April 21, 2025

Before: Richard C. Tallman, Ryan D. Nelson, and Daniel
A. Bress, Circuit Judges.

## ORDER

Judge R. Nelson and Judge Bress voted to deny the petition for rehearing en banc. Judge Tallman recommended denying the petition for rehearing en banc.

The full court was advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the matter en banc. The matter failed to receive a majority of the votes of the nonrecused active judges in favor of en banc consideration. Fed. R. App. P. 40.

The petition for rehearing en banc, Dkt. 54, is **DENIED**.